97 F.3d 1457
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that they are not precedent and generally should not be cited unless relevant to establishing the doctrines of res judicata, collateral estoppel, the law of the case, or if the opinion has persuasive value on a material issue and no published opinion would serve as well.
Leonard J. RICHARDS, Appellant,
v.
Michael O. FREEMAN, Hennepin County Attorney; John D.
Tierney, Principal Assistant Hennepin County Attorney;
David C. Brown, Assistant Hennepin County Attorney; Timothy
J. Jayson, Assistant Hennepin County Attorney; Allen L.
Oleisky, Judge; Kevin S. Burke, Judge; Jack Marlowe Provo,
Hennepin County Court Administrator; Jo Ann Graceyasz,
Hennepin County Court Administrator; John M. Stuart, State
Pubic Defender; Richard F. Scherman, Chief Administrator,
Board of Public Defense of the State of Minnesota; Board of
Public Defense of the State of Minnesota; State of
Minnesota; Arne Helge Carlson, Governor; Michael A.
McGrath, Treasurer; Hubert H. Humphrey, III, Attorney
General of the State of Minnesota; John Gunyou,
Commissioner of Finance; County of Hennepin; Frank William
Wood, Commissioner of Corrections of the State of Minnesota;
James H. Bruton, Deputy Commissioner, Minnesota State
Department of Corrections; Fredric Arnold Holbeck, Warden,
Minnesota Correctional Facility--Oak Park Heights; Charles
H. Jakway, Associate Warden, Minnesota Correctional
Facility--Oak Park Heights; Richard L. Hagelberger, Due
Process Supervisor, Minnesota Correctional Facility--Oak
Park Heights; Greg Smith, Casemanager, Minnesota
Correctional Facility--Oak Park Heights; David Oelrich,
Casemanager, Minnesota Correctional Facility--Oak Park
Heights; Craig Oseland, Casemanager, Minnesota Correctional
Facility--Oak Park Heights; Chris Esty, Casemanager
Supervisor, Minnesota Correctional Facility--Oak Park
Heights; Otis Zanders, Program Manager, Minnesota
Correctional Facility--Oak Park Heights; James Zawacki,
Program Manager, Minnesota Correctional Facility--Oak Park
Heights; Gregory Thomas Carlton, M.D., Medical Director,
Minnesota Correctional Facility--Oak Park Heights; Thomas
Dowdle, Associate Warden, Minnesota Correctional
Facility--Oak Park Heights; Mark Freer, Special
Investigator, Minnesota Correctional Facility--Oak Park
Heights; David Roger Crist, Associate Warden, Minnesota
Correctional Facility--Stillwater; Dennis L. Benson,
Warden, Minnesota Correctional Facility--Stillwater; Erik
William Skon, Associate Warden, Minnesota Correctional
Facility--Stillwater; John Does; Mary Roes, without
limitation as to number, Appellees.
 No. 95-1738.
 United States Court of Appeals, Eighth Circuit.
 Sept. 16, 1996.
 
 Before WOLLMAN, BEAM, and HANSEN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Leonard J. Richards brought this action under 42 U.S.C. §§ 1983, 1985, 1988, during his state criminal prosecution, seeking injunctive and declaratory relief. The district court[1] granted defendants' motions to dismiss and denied Richards's motion to amend his complaint to add, inter alia, a request for damages. We have carefully reviewed the record, including the parties' briefs, and conclude that the district court correctly dismissed the action and did not abuse its discretion in denying the motion to amend. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B. We also deny Richards's motions to supplement the record, as they concern issues presented in his amended complaint.
 
 
 
 [1]
 The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota